# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 11-PO-01-SLC-01 |
| STEVEN G. WILSON | **Defendant's Attorney:** Terry Frederick |

The defendant, Steven G. Wilson, pleaded guilty to Violation No. 1010558.

Violation Nos. 1010307 and 1010557 are dismissed on the motion of the United States.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18, U.S.C. § 13 | Operating a Motor Vehicle While Under the Influence of an Intoxicant, 4th Offense, in violation of Wis. Stat. § 346.63(1)(a), as assimilated by 18 U.S.C. § 13, a Class A misdemeanor | November 19, 2010 | 1010558 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| **Defendant's Date of Birth:** | May 25, 1977 | August 16, 2011 |
| **Defendant's USM No.:** | None | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | W147 N4895 Dolphin Dr. Menomonee Falls, WI 53051 | /s/ |
| **Defendant's Mailing Address:** | W147 N4895 Dolphin Dr. Menomonee Falls, WI 53051 | Stephen L. Crocker District Magistrate Judge |
| | | August 17, 2011 |
| | | Date Signed: |

# IMPRISONMENT

As to Violation No. 1010558, it is adjudged that the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a term of 75 days with no supervised release to follow.

# RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy Marshal

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| **Violation** | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| 1010558 | $25.00 | $600.00 | $0.00 |
| **Total** | $25.00 | $600.00 | $0.00 |

It is adjudged that defendant is to pay a $25 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

Defendant is to pay a fine of $600.00 to the Clerk of Court for the Western District of Wisconsin. Defendant has six months within which to complete payment.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:
      (1) assessment;
      (2) restitution;
      (3) fine principal;
      (4) cost of prosecution;
      (5) interest;
      (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.